TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States of America v.
Jaree Jalon Jackson

24 MJ 608
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Vincent Chiappini
Firm Name: USAO-EDNY
Address: 271-A Cadman Plaza East
         Brooklyn, New York 11201
Phone Number: 929-213-2322
E-Mail Address: Vincent.Chiappini@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing criminal investigation

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn , NEW YORK

*Robert Levy*   1/14/24

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____
                                DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

November 14, 2024
DATE

*Vincent Chiappini*
SIGNATURE

NEM:VC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        - against -

JAREE JALON JACKSON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. § 751(a))

Case No. 24 MJ 608

EASTERN DISTRICT OF NEW YORK, SS:

        JOSEPH CORRENTE, being duly sworn, deposes and states that he is a Deputy United States Marshal with the United States Marshals Service, ("USMS") duly appointed according to law and acting as such.

        On or about November 13, 2024, within the Eastern District of New York and elsewhere, the defendant JAREE JALON JACKSON, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

        (Title 18, United States Code, Section 751(a))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all relevant facts and circumstances of which I am aware.

Case 1:25-cr-00224-DLI     Document 1     Filed 11/14/24     Page 3 of 6 PageID #: 3

2

1. On or about March 23, 2022, the defendant JAREE JALON JACKSON pleaded guilty in the U.S. District Court for the Northern District of Georgia to one count of being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).  See United States v. Jaree Jalon Jackson, No. 20-CR-302-ELR (N.D. Ga.), Minute Entry dated March 23, 2022 (Dkt. No. 66).  The Honorable Eleanor L. Ross, United States District Judge for the Northern District of Georgia, sentenced JAREE JALON JACKSON to fifty-seven months' imprisonment to be followed by three years' supervised release.  See Jackson, Judgment (Dkt. No. 80) (Aug. 30, 2022).

2. On or about July 31, 2024, the defendant JAREE JALON JACKSON arrived at Brooklyn RRC, a residential reentry center in Brooklyn, New York, after being transferred from the Federal Correctional Institution Beckley in Beaver, West Virginia.  JAREE JALON JACKSON is not scheduled to be released from his custodial sentence until April 12, 2025.

3. On or about November 13, 2024, at approximately 11:25 p.m. JAREE JALON JACKSON walked out of the Brooklyn RRC through a side exit door.  JAREE JALON JACKSON did not have any authorization to exit the Brooklyn RRC.  After the Brooklyn RRC conducted an emergency count and reviewed surveillance footage, JAREE JALON JACKSON was placed on escape status.

4. As of the date of the filing of this Complaint, JAREE JALON JACKSON has not self-surrendered, returned to Brooklyn RRC or made any contact with Brooklyn RRC staff.

5. I respectfully request that this Court issue an order sealing, until further order of the Court, all materials submitted in support of this application, including the

application and arrest warrant. Premature disclosure of these materials would give the defendant JAREE JALON JACKSON an opportunity to change patterns of behavior and to continue fleeing from or evading prosecution. Therefore, such disclosure would have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

      WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant JAREE JALON JACKSON so that he may be dealt with according to law.

      /s/ Joseph Corrente
      JOSEPH CORRENTE
      Deputy United States Marshal
      United States Marshals Service

Sworn to before me by telephone
this  14  day of November, 2024

*Robert Levy*
HONORABLE ROBERT M. LEVY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>JAREE JALON JACKSON<br><br>*Defendant* | )<br>)  Case No. 24 MJ 608<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAREE JALON JACKSON (DOB 7/10/96)                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 751(a) (escape)


Date: 11/14/24                                                             *Robert Levy*
                                                                            *Issuing officer's signature*

City and state:   Brooklyn, New York                               Honorable Robert M. Levy
                                                                            *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                            *Arresting officer's signature*

                                                                            *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: JAREE JALON JACKSON

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 07/10/1996

Social Security number:

Height:                              Weight:

Sex:                                 Race:

Hair:                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 558688WD7

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: